UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | Magistrate No. 08-MJ-32 |
| | : | |
| v. | : | |
| | : | |
| DORA ROMERO MORALES, | : | VIOLATION: |
| | : | 18 U.S.C. §§ 1028(a)(1), (b)(1)(A)(ii) |
| Defendant. | : | (Produce Identification Document |
| | : | Without Lawful Authority); 22 D.C. Code |
| | : | § 3221(b) (Fraud in Second Degree). |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(**Produce Identification Document Without Lawful Authority**)

On or about January 16, 2008, in the District of Columbia, defendant **DORA ROMERO MORALES** and others, produced and attempted to produce an identification document, that is a District of Columbia driver's license, in and affecting interstate commerce, knowing that such document was produced without lawful authority.

In violation of 18 U.S.C. §1028(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2.

### COUNT TWO
(**Fraud in the Second Degree**)

On or about January 16, 2008, within the District of Columbia, defendant **DORA ROMERO MORALES** and others, engaged in a scheme and systematic course of conduct with intent to defraud and to obtain property of the District of Columbia, that is a District of Columbia driver's license, by falsely claiming that defendant **DORA ROMERO MORALES** resided in the District of Columbia and had previously obtained a driver's license from the Commonwealth

of Virginia and thereby, without passing the required knowledge or skills road tests, obtained a driver's license from the District of Columbia.

In violation of 22, D.C. Code, Section 3221(b).

JEFFREY A. TAYLOR<br>
D.C. Bar No. 498-610<br>
United States Attorney for<br>
the District of Columbia

By: _____/s/_____
SUSAN B. MENZER
D.C. Bar No. 421007
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-6968
Susan.Menzer@usdoj.gov