UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-19 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **DORA ROMERO MORALES,** | : | |
| | : | |
| Defendant. | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is currently assigned to Assistant United States Attorney Susan B. Menzer. This is a notice that Assistant United States Attorney Ellen Chubin Epstein, Bar Number 442861, telephone number (202) 514-9832, is entering appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
ELLEN CHUBIN EPSTEIN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NUMBER 442861
555 Fourth Street, N.W.
Room 5255
Washington, D.C. 20530
(202) 514-9832
Fax: (202) 307-2304
Ellen.Chubin@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February, 2008, a copy of the Notice of Assignment and Appearance as Co-Counsel was served via ECF on counsel for the defendant:

>Dwight E. Crawley
>
>1655 North Fort Meyer Drive
>Suite 700
>Arlington, VA 22209
>(703) 786-4004
>Email: vadclawyer@aol.com

_____
ELLEN CHUBIN EPSTEIN
ASSISTANT UNITED STATES ATTORNEY