**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 08-19 (RJL)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DORA ROMERO MORALES,** | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION FOR CONTINUANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, requests the Court to reschedule the plea agreement hearing.  In support of its opposition, the government submits the following:

1.      On February 5, 2008, the government filed a two count Information, charging defendant Morales with violating 18 U.S.C. Sections 1028(a)(1), (b) (1)(A)(ii) and 22 D.C. Code Section 3221(b).

2.      On February 7, 2008, the Court set a plea agreement hearing for March 27, 2008 at 2:00 p.m.

3.      Both Assistant U.S. Attorneys handling this matter will be out of the jurisdiction, and therefore, are unavailable on this date.

4.      Defendant's counsel agreed to set a new hearing date and suggested the following days: April 1, 2008; April 2, 2008; or April 3, 2008.

WHEREFORE, the government respectfully requests to reschedule the plea agreement hearing for one of the days proposed by defendant's counsel.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar 498610
United States Attorney for
the District of Columbia

By:      _____/s/_____
SUSAN B. MENZER
ASSISTANT UNITED STATES ATTORNEY
Bar No. 421007
555 Fourth Street, N.W.
Room 5836
Washington, D.C.  20001
(202) 514-8316
Susan.Menzer@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 08-19 (RJL)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DORA ROMERO MORALES,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

Upon consideration of the Government's Motion to Continue the plea agreement hearing and the defendant's consent thereto,

IT IS HEREBY ORDERED that, a the plea agreement hearing is rescheduled for April ___, 2008 at _____.

SO ORDERED this _____ day of _____, 2008.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE