CO-526
(12/86)

**FILED**

APR 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            )
                                    )
                                    )
           vs.                      )     Criminal No. 08-19 (RJL)
                                    )
  Dora Romero Morales               )
_____     )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                    Defendant

_____
         Counsel for defendant

I consent:

_____
       United States Attorney

Approved:

_____
                       Judge