AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

——— DISTRICT OF ———

**FILED**
APR 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER  CR 08-19

I, Dora Romero Morales, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/23/08 _____ prosecution by indictment and consent that the
                           Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____