```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
                      (CRIMINAL MATTER)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 08-019-01 |
| | ) | |
| Dora Romero Morales | ) | |
|     Defendant | ) | |

<u>DEFENDANT'S POSITION WITH RESPECT TO SENTENCING</u>

    COMES NOW the Defendant, DORA ROMERO MORALES, by and through counsel, Dwight E. Crawley, and, respectfully adopts the recommendation of the United States regarding sentencing. In support of her position, the defendant offers the following:

**ARGUMENT**

    In *United States v. Booker, United States v. Booker*, 125 S. Ct. 738 (2005), the Supreme Court made clear that sentencing courts must consider the sentencing guidelines before imposing a sentence. Specifically, 18 U.S.C. § 3553(a) requires that a sentencing court consider the following factors:

    (1) The nature and circumstances of the offense and the history and characteristics of the defendant;

    (2) The need for the sentence to reflect the seriousness of the offense, promote respect for the law, provide just punishment and adequate deterrence, to protect the public, and to provide the defendant with training or treatment as needed;

   (3) The kinds of sentences available;

   (4) The sentencing guidelines and policy statements; and

   (5) The need to avoid unwarranted sentencing disparity among defendants with similar records who have been convicted of similar conduct.

I.   **The Nature and Circumstances of the Offense**

The Defendant incorporates by reference the facts and circumstances submitted to this court on June 9, 2008, in the "Statement of Offense" section of Defendant's plea agreement.

II.  **History and Characteristics of the Defendant**

As stated in the pre-sentence report, the defendant does not have a criminal history.  The defendant is the mother of two children.  One of her children resides with her in Virginia and the other resides in her native country, El Salvador.  She came to this country in 2000 seeking a better life.  While here, she has held numerous jobs and supported her family back in El Salvador.

III. **The Sentencing Guidelines Range**

Federal Guidelines do not apply in this case.

A.   **Acceptance of Responsibility**

The defendant fully accepts responsibility for her conduct.  Moreover, the defendant acknowledged her illegal conduct at the time of her arrest and has not attempted to make any excuses for her behavior.

IV.  **Other 3553(a) Factors**

The defendant maintains a stable home life.  She has done

everything asked of her by the United States Attorney to assist with the resolution of this case and has not attempted to avoid prosecution or responsibility for her role in the offense.  In addition, she has been compliant with the requirements set out by this court concerning his pre-trial supervision.

Concerning the instant offense, the defendant expresses great remorse for her behavior.  She understands that his conduct cannot go unpunished.  A term of probation and community service would adequately punish the defendant.

The government has indicated that it will not seek an active term of incarceration.  Considering the defendant's role in this case, the assistance provided by the defendant in this case as well as the defendant's limited criminal history warrant the sentence recommended by the government.

## CONCLUSION

A sentence of probation and community service would serve the ends of justice by deterring future criminal conduct by the defendant, protect the interest and safety of the community by requiring supervision of the defendant, and promote respect for the law by punishing the defendant for her conduct.

Respectfully submitted
DORA ROMERO MORALES


By:
/s/
_____
Dwight E. Crawley
VSB# 43969
Law Office of Dwight E. Crawley

3

```
                          1655 N. Fort Myer Drive, Suite 700
                          Arlington, VA 22209
                          Phone:(703)786-4004
                          Fax:  (202)882-0024
```

## CERTIFICATE

    I certify that a true and exact copy of the foregoing was sent via ECF to Ellen Chubin Epstein, ellen.chubin@usdoj.gov, and Susan B. Menzer, susan.menzer@usdog.gov, Assistant United States Attorneys, U.S. Attorney's Office, 555 4th Street, N.W., Washington, DC 20530, on this 5th day of September, 2008.

    /s/
_____
Dwight E. Crawley